1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN NATIONAL LIFE INSURANCE
CO.,

            Plaintiff,

      vs.

ROMA WOLDEMARIAM, et al.,

            Defendants.

Case No.: 11-cv-06668-YGR

**ORDER REGARDING MOTION TO SET ASIDE DEFAULT**

Defendant Yohannes Woldemicael initially filed a Motion to Set Aside Default on August 29, 2012.  (Dkt. No. 32.)  The Court's records reflect that the document was filed in error, and was re-filed on August 30, 2012.  (Dkt. No. 33.)  The only Chambers copy received by the Court did not contain the ECF header and date of filing.

On September 12, 2012, Plaintiff filed a Notice of Non-Opposition to Motion to Set Aside Default.  (Dkt. No. 35.)  On September 13, 2012, Defendant Roma Woldemariam a/k/a Roma Mengesha filed an Opposition to Set Aside Entry of Default.  (Dkt. No. 36.)  The Court did not receive a Chambers copy of the Opposition.

The Court did not consider Defendant Woldemariam's Opposition when it issued its Order Granting Motion to Set Aside Default.  (Dkt. No. 37.)  The Court anticipated that any response to the Motion to Set Aside Default would have been filed by September 12, 2012, which was fourteen days from the date the initial motion was filed.

The Court will entertain a reply to Defendant Woldemariam's Opposition and, if necessary, will issue a revised order regarding the Motion to Set Aside Default.

1    **IT IS SO ORDERED.**

2

3    Dated:  September 18, 2012

4                                                            _____
5                                                            **YVONNE GONZALEZ ROGERS**
                                                             **UNITED STATES DISTRICT COURT JUDGE**
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California