UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN NATIONAL LIFE INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> ROMA WOLDEMARIAM, et al., <br><br> Defendants. | Case No.: 11-cv-06668-YGR <br><br> **ORDER CONFIRMING SET ASIDE OF DEFAULT (DKT. NO. 37)** |

The Court previously issued an Order Granting Motion to Set Aside Default of Defendant Yohannes Woldemicael. (Dkt. No. 37.) Thereafter, the Court stated why it had not considered Defendant Roma Woldemariam's Opposition in setting aside the default of Defendant Woldemicael. (Dkt. No. 38.) The Court invited a reply to the Opposition, but none was filed.

Having considered the Motion to Set Aside Default, Plaintiff's Non-Opposition, and Defendant Woldemariam's Opposition thereto, the Court hereby **CONFIRMS** its previous Order Granting the Motion to Set Aside Default. The issues raised by the parties in those documents may be raised by a motion for judgment on the pleadings, or, alternatively, the Court will entertain an early motion for summary judgment on this issue, provided that the parties comply with the Court's Standing Order in Civil Cases at Section 9.

Defendant Woldemicael shall file an Answer by October 26, 2012.

A Case Management Conference is scheduled for December 17, 2012 at 2:00 p.m. Prior to the conference, the parties shall file an updated Case Management Statement in compliance with the Local Rules and this Court's Standing Order.

**IT IS SO ORDERED.**

Dated: October 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**